# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL COSDEN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-20-578-G |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Plaintiff Michael Cosden filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying his application for disability insurance benefits. Consistent with 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure, the case was referred to Magistrate Judge Shon T. Erwin, who recommends that the Commissioner's decision be reversed and the case remanded for further proceedings.

The parties, having failed to object to the Report and Recommendation, have waived their right to appellate review of the factual and legal issues addressed therein. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010); 28 U.S.C. § 636(b)(1)(C). Accordingly, the Court adopts Judge Erwin's Report and Recommendation (Doc. No. 24), REVERSES the final decision of the Commissioner, and REMANDS the case for further proceedings consistent with the Report and Recommendation. A separate judgment shall be entered.

IT IS SO ORDERED this 24th day of June, 2021.

CHARLES B. GOODWIN
United States District Judge